FILED
15-0155
8/27/2015 2:31:27 PM
tex-6683939
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

No. 15-0155

---

IN THE SUPREME COURT OF TEXAS

---

ENDEAVOR ENERGY RESOURCES, L.P. AND
ENDEAVOR PETROLEUM,

*Petitioners,*

*v.*

DISCOVERY OPERATING, INC. AND
PATRIOT ROYALTY AND LAND, LLC

*Respondents*

---

On Petition for Review from
the Eleventh Court of Appeals at Eastland

---

UNOPPOSED JOINT MOTION OF RESPONDENTS FOR 21-DAY EXTENSION
OF TIME TO FILE RESPONSES TO PETITION FOR REVIEW

---

TO THE HONORABLE SUPREME COURT OF TEXAS:

Discovery Operating, Inc., Patriot Royalty and Land, LLC, Stanley D. Elrod,

Karen M. Thomas, Jon David Elrod, Janice K. Gaither and Joseph Elrod, and

Rebecca J. Williams, Norvela Ann Schafer and Jackie Lue Wells, Trustees of the

Mildred Haggard Irrevocable Grantor Trust (collectively "Respondents") file this

motion and respectfully request an additional twenty-one days to file their responses

to the petition for review for the following reasons:

---

1. Petitioners filed their petition for review on May 1, 2015.

2. The Court requested Respondents to file a response by August 3, 2015.

3. A thirty-day extension for Respondents to file their responses was granted creating a new deadline of September 2, 2015.

4. A twenty-one day extension for Respondents to file their response would create a new deadline of September 23, 2015.

5. Respondents seek this extension of time not for purposes of delay but rather so that justice may be done and a helpful response may be prepared for the Court.

6. Respondents' counsel have conflicts that necessitate additional time to prepare responses to the petition for review in this case.

For example, Ryan Clinton is presently involved in additional litigation including:

- *JSA Properties Ltd. v. SandRidge Energy, Inc.*, No. P-11681-112-CV in the 112th District Court of Pecos County;

- *Tamra Hissom Budd, et al v. Energen Resources Corporation.*, No. 15-02-825, in the 143rd District Court of Loving County;

- *GKM Mineral Partnership, LP v. SandRidge Energy, Inc.*, No. 3,123 in the 83rd District Court of Terrell County, Texas;

- *West Texas National Bank v. FEC Holdings*, No. CV48334, in the 385th District Court of Midland County;

- *Brennand Lazy H Ranch Ltd. v. Energen Resources Corporation*, No. 16,452, in the 32nd District Court of Mitchell County;

- *Mercury-Ward LLC v. Anadarko Petroleum Corporation*, No. 08-15-00168-CV, in the El Paso Court of Appeals;

- *Chesapeake Exploration, L.L.C. v. BMT O&G TX, L.P.*, No. 08-14-00133-CV, in the El Paso Court of Appeals; and

- *Texas State Bd. of Veterinary Medical Examiners v. Jefferson*, No. 03-14-00774-CV, in the Austin Court of Appeals.

Drew Mouton is presently involved in additional litigation including:

- *Boone v. Greyhound Lines*, Cause No. 48979 in Howard County District Court.

Rick Strange is presently involved in additional litigation including:

- *Yancheng Ruide Petrochemical Machinery v. McClinton Energy Group*; Cause No. B-137,481; 161st Judicial District Court Ector County.

- *Peregrine Pipeline Co. v. XTO Energy*; Cause No. 71 198 00181 13; American Arbitration Association Dispute Resolution.

7. This request is unopposed.

8. Petitioners sought and received two extensions of time to file their petition for review.

Accordingly, Respondents request a 21-day extension of time to file their responses to the petition for review, setting a new deadline of September 23, 2015.

Respectfully submitted,


By: */s/ Ryan Clinton*

RYAN CLINTON
State Bar No. 24027934
rdclinton@dgclaw.com
Davis, Gerald & Cremer, P.C.
111 Congress Ave., Suite 1660
Austin, Texas 78701
Ph: (512) 537-9938

JOHN A. "JAD" DAVIS
State Bar No. 05511400
jadavis@dgclaw.com
JILL C. PENNINGTON
State Bar No. 24007825
jcpennington@dgclaw.com
Davis, Gerald & Cremer P.C.
400 W. Illinois, Suite1400
Midland, Texas 79702
Ph: (432) 687-0011
Fax: (432) 687-1735

ATTORNEYS FOR RESPONDENT
DISCOVERY OPERATING, INC.

By: */s/ Rick Strange*

RICK STRANGE
State Bar No.19356700
rstrange@cbtd.com
JOSEPH A. BAKER
State Bar No. 24058547
jbaker@cbtd.com
Cotton, Bledsoe, Tighe & Dawson
P. O. Box 2776
Midland, Texas 79702
Ph: (432) 684-5782
Fax: (432) 682-2672

ATTORNEYS FOR RESPONDENT
PATRIOT ROYALTY AND LAND,
LLC

By: */s/ Drew Mouton*

DREW MOUTON
State Bar No. 14606400
dmouton@moutonlaw.com
Mouton & Mouton
P. O. Box 1030
Big Spring, Texas 79721-1030
Ph: (432) 263-7676
Fax: (432) 263-8686

ATTORNEY FOR RESPONDENTS
STANLEY D. ELROD, KAREN M.
THOMAS, JON DAVID ELROD,
JANICE K. GAITHER AND JOSEPH
ELROD

By: */s/ John T. Ferguson*
       JOHN T. FERGUSON
       State Bar No. 06918000
       weaverferg@yahoo.com
       Weaver & Ferguson, P.C.
       P. O. Drawer 1750
       Big Spring, Texas 79721-1750
       Ph: (432) 267-8203
       Fax: (432) 267-8203

       ATTORNEY FOR RESPONDENTS REBECCA J. WILLIAMS, NORVELA ANN SCHAFER AND JACKIE LUE WELLS, TRUSTEES OF THE MILDRED HAGGARD IRREVOCABLE GRANTOR TRUST

## CERTIFICATE OF CONFERENCE

I certify that I contacted counsel for Petitioners, who informed me that Petitioners do not oppose this motion.

       */s/ Ryan Clinton*
       Ryan Clinton

## CERTIFICATE OF COMPLIANCE

I certify that this motion was prepared in 14-point font.

       */s/ Ryan Clinton*
       Ryan Clinton

## CERTIFICATE OF SERVICE

I hereby that on August 27, 2015, a true and correct copy of this motion was served on the following counsel as follows:

**VIA EFSP**
Scott A. Brister
Andrews Kurth LLP
111 Congress, Suite 1700
Austin, Texas 78701

**VIA EFSP**
David M. Gunn
Erin H. Huber
Beck Redden LLP
1221 McKinney, Suite 4500
Houston, TX 77010

**VIA EFSP**
Joe E. Lea
J. Derrick Price
McGinnis, Lochridge &
   Kilgore, L.L.P.
600 Congress, Suite 2100
Austin, Texas 78701

**VIA EFSP**
Rick G. Strange
Joseph Andrew Baker
Cotton Bledsoe Tighe & Dawson, P.C.
500 W. Illinois, Suite 300
Midland, Texas 79701

**VIA EFSP**
Drew Mouton
Mouton & Mouton
P. O. Box 1030
Big Spring, Texas 79721-1030

**VIA EFSP**
John Ferguson
Weaver & Ferguson, P.C.
P. O. Drawer 1750
Big Spring, TX 79721-1750

_/s/ Ryan Clinton_
Ryan Clinton